UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

CAMILLUS CLEAN AIR COALITION;
ROBERT and COLLEEN BARTLETT;
WILLIAM and MICHELLE BARRINGTON, III;
KIM CALVERASE; DANIEL and VERUSKA
DANTUONO; DAVID and JULIETTE DEDO;
TIMOTHY and SALLY DELANY; BRIAN
and TRACY DELLOW; RON GRYZLEC;
BRENDA CARPENTER; DOUGLAS and
CHARLENE HART; THOMAS and
KIMBERLY KSHYNA; MATTHEW and
TRACY LICAMELI; JOHN and KATHLEEN
MARINELLI; WILLIAM and STEPHANIE
MATHEWSON; PETER and JENAFER
MEDINA; BRYAN MIGNONE; ELAINE
EVERITT; BRIAN and KIMBERLY MURPHY;
SCOTT and JILL MUSEMECI; JERRY and
KRISTINA PARZYCH; JONATHAN and
MARGARET PATCH; TIMOTHY and
SHARON PIEPER; FREDERICK and
HEATHER PUCHTA; LYNORE and MARK
de la ROSA; ROBERT and LORI SMITH;
JOEY ST. LOUIS; ROBERT and MEGAN
VERTUCCI; and MICHAEL and LYNDA
WADE,

                              Plaintiffs,

                      v.                              5:13-CV-365
                                                                  (NAM/DEP)

HONEYWELL INTERNATIONAL, INC.,

                              Defendant.
_____

**APPEARANCES**                                  **OF COUNSEL**

**MCCALLION & ASSOCIATES, LLP**        **KENNETH F. MCCALLION, ESQ.**
100 Park Avenue   16th Floor
New York, New York 10017
Attorneys for Plaintiffs

| | |
|---|---|
| **GILBERTI STINZIANO** | **ANTHONY P. RIVIZZIGNO, ESQ.** |
| **HEINTZ & SMITH** | **MICHAEL A. FOGEL, ESQ.** |
| 555 East Genesee Street | |
| Syracuse, New York 13202 | |
| Attorneys for Defendant | |
| | |
| **ARNOLD & PORTER LLP** | **BRIAN D. ISRAEL, ESQ.** |
| 555 12th Street N.W. | **CHRISTOPHER A. JAROS, ESQ.** |
| Washington, D.C. 20004-1206 | **GEOFFREY J. MICHAEL, ESQ.** |
| Attorneys for Defendant | |

**SCULLIN, Senior Judge**

# ORDER

On April 12, 2013, Plaintiffs filed a motion for a temporary restraining order and a preliminary injunction. *See* Dkt. No. 15. Plaintiffs indicated that they had sent a copy of their motion, supporting papers and memorandum of law to Defendant's counsel by e-mail and overnight delivery. *See id.* at 3.

Having completed its review of Plaintiffs' submissions, as well as other documents in the record, the Court hereby

**ORDERS** that Plaintiffs' motion for a temporary restraining order is **DENIED**; and the Court further

**ORDERS** that the Court will hear oral argument in support of, and in opposition to, Plaintiffs' motion for a preliminary injunction on **May 15, 2013, at 10:30 a.m.**, in Syracuse, New York;[1] and the Court further

**ORDERS** that Defendant shall file its opposition to Plaintiffs' motion for a preliminary injunction on or before **April 24, 2013**; and the Court further

---

[1] The Court has also scheduled oral argument regarding Defendant's motion to dismiss for that same date and time. *See* Motion Scheduling Notice dated April 12, 2013.

**ORDERS** that Plaintiffs shall file their reply, if any, in further support of their motion for a preliminary injunction on or before **May 1, 2013**.

**IT IS SO ORDERED.**

Dated: April 12, 2013
       Syracuse, New York

                                              Frederick J. Scullin, Jr.
                                              Senior United States District Court Judge